PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

MAR 16 2006

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Frederick Alan Desjarlait**

**Docket No. 0:00CR00002-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Frederick Alan Desjarlait** who was sentenced for Felon in Possession of a Firearm on July 25, 2000, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Do not possess firearm, destructive device, or dangerous weapon
- Drug and alcohol aftercare
- Abstain from the use of alcohol

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 24, 2005, the defendant was arrested for Domestic Assault by the St. Cloud police department. On November 29, 2005, the defendant was found guilty and a Presentence Investigation was ordered. On February 10, 2006, the defendant was sentenced to 90 days jail with 88 days stayed; 2 years probation; a $1,000 fine with $700 suspended; and $70 court costs. He was further ordered to participate in domestic abuse counseling, complete a chemical dependency assessment, and submit to drug testing if not being completed federally.

On October 24, 2005, the defendant was cited for Driving After Cancellation, No Proof of Insurance, and No Use of Child Seat in Beltrami County, Minnesota. On November 11, 2005, the defendant was fined $150 and ordered to pay court costs in the amount of $160.

On November 22, 2005, the defendant was cited for Driving After Revocation in Beltrami County, Minnesota. A hearing has been scheduled for March 15, 2006.

SCANNED
MAR 17 2006
U.S. DISTRICT COURT MPLS

– Summons issued

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 16th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on March 15, 2006
Place Bemidji