A (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-2 (1) DSD

Frederick Alan Desjarlait

RECEIVED
MAR 24 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

---

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **3/30/06 at 1:30 p.m.**

---

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: March 17, 2006

SCANNED
MAR 27 2006
U.S. DISTRICT COURT MPLS

A[...] Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1] DUSM TIMOTHY D. LARSON Date: 03/21/2006

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: RESIDENCE 5773 RED EAGLE RD., RED LAKE, MN 56671

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ________

☐ Returned unexecuted: ________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 03/21/2006
Date

ALLEN GARBER
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure