**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK ALAN DESJARLAIT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge<br><br>Case No: 00-2(1) (DSD)<br>Date: 3/30/06<br>Court Reporter: NA<br>Tape Number: MOM 8/1038-1094<br>Time Commenced: 3:45 p.m.<br>Time Concluded: 3:55 p.m.<br>Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Clifford Wardlaw, Assistant U.S. Attorney
Defendant: Bruce Rivers

☐ FPD ☐ CJA ☒ Retained ☐ To Be Appointed

Date Charges Filed: 3/16/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☐ Government moves for detention:
Motion is ☐ granted, temporary detention ordered
☐ denied
☐ moot

☒ Defendant released on current supervisory conditions

☐ Defendant released on current supervisory conditions, plus additional new conditions--see Order Setting Conditions of Release

Next appearance date is 4/13/06 at 1:15 p.m. before U.S. District Judge David Doty Mpls. Courtroom 14W for:

☐ Detention Hearing ☒ Final Revocation Hearing

☐ Detention Hearing Waived ☐ Preliminary Revocation Hearing Waived

Additional Information:

Defendant shall appear at the final revocation hearing before Judge Doty on April 13, 2006 at 1:15 p.m.

s/TS

Law Clerk