UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No.: CR-00-2- (1) DSD

UNITED STATES OF AMERICA,

Plaintiff

**CERTIFICATE OF REPRESENTATION**

v.

FREDERICK ALAN DESJARLAIT,

Defendant

Bruce Rivers
Rivers & Associates, P.A.
100 North Sixth Street, Suite 280B
Minneapolis, Minnesota 55403
(612) 339-3939
Attorney I.D 282698

I hereby represent the above-named defendant.

Rivers & Associates, P.A.

Dated: *April 19, 2006*

*s/ Bruce Rivers*
Bruce Rivers, (#282698)
Attorney For Defendant
100 North Sixth Street, Suite 280B
Minneapolis, Minnesota 55403
Telephone: (612)339-3939
Facsimile: (612)-332-4003