**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Frederick Alan Desjarlait,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00-2(1)(DSD/JMM)
Date: May 8, 2006
Court Reporter: Lorilee Fink
Time Commenced: 2:30 p.m.
Time Concluded: 2:45 p.m.
Time in Court: 15 Minutes

APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Bruce Rivers : Retained

PROCEEDINGS:

: **Modification - Final Hearing.**

ORDERED:

: Defendant's supervised release term is hereby modified and deft shall reside for a period of 60 days in a community corrections center as approved by the probation officer. Also, deft shall participate in a psychological/psychiatric counseling or treatment program.
: Supervised Release continued with the same terms and conditions previously imposed.
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk