UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-02(DSD/RLE)

United States of America,

Plaintiff,

v.

Frederick Alan Desjarlait,

Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

This matter came on for hearing on May 8, 2006, upon the petition on supervised release. The defendant appeared with his counsel and, after being advised of his rights, admitted the charged violation. Therefore, it is adjudged that defendant has violated a condition of his supervised release by committing a state or local crime. Accordingly, **IT IS HEREBY ORDERED** that defendant's supervised release is modified to include the following additional conditions:

> The defendant shall reside for a period of 60 days in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.
>
> The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total costs of treatment.

Defendant shall remain on supervised release to run until the original expiration date of August 10, 2007. In addition to the above modifications, the same terms and conditions originally imposed on July 25, 2000, shall apply.

Dated: May 8, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court