PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Frederick Alan Desjarlait**

**Docket No. 0:00CR00002-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Frederick Alan Desjarlait** who was sentenced for Felon in Possession of a Firearm on July 25, 2000, by the Honorable David S. Doty, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> No possession of a firearm, destructive device, or dangerous weapon; drug and alcohol aftercare; and abstain from the use of alcohol
>
> 60-day CCC placement and mental health aftercare (modified May 8, 2006, for new criminal activity including Domestic Assault, Driving After Cancellation, No Proof of Insurance, No Use of Child Seat, and Driving After Revocation)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On January 30, 2007, the defendant submitted a drug test which was positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
MAR 19 2007
U.S. DISTRICT COURT MPLS

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 19TH day of March, 2007, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Julie M. Belt
Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on March 12, 2007
Place Bemidji

Approved:

Julie M. Belt
Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission