Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Frederick Alan Desjarlait

Docket No. 0:00CR00002-001(DSD)

# HEARING WAIVER

I, Frederick Alan Desjarlait, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed:

Frederick Alan Desjarlait
Supervised Releasee

Dated: 3/08/07

Witness:

Joan L. White
U.S. Probation Officer