RECEIVED
MAR 23 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Frederick Alan Desjarlait

Docket No. 0:00Cr00002-001(DSD)

**HEARING WAIVER**

I, Frederick Alan Desjarlait, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed:
[signature]
Frederick Alan Desjarlait

Supervised Releasee

Dated: 3/22/07

Witness:
[signature]
Joan L. White
U.S. Probation Officer

SCANNED
MAR 23 2007
U.S. DISTRICT COURT MPLS