UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO: 00-02 (DSD/JMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | ) | |
| FREDERICK ALAN DESJARLAIT, Defendant. | ) | |

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that FREDERICK ALAN DESJARLAIT has retained Rick E. Mattox to substitute as counsel for Eric John Olson in this case.

Dated: June 8, 2007

s/ Rick E. Mattox
Rick E. Mattox

Dated: June 8, 2007

s/ Eric John Olson
Eric John Olson