UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO: 00-02 (DSD/JMM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK ALAN DESJARLAIT, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on June 14, 2007, I caused the following documents:

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

*John E Haak*
*Assistant U.S. Attorney*
*US Attorney's Office*
*325 S 1st Ave Ste 300*
*Sioux Falls, SD 57104*

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*n/a*

Dated: June 14, 2007

s/ Rick E. Mattox
Rick E. Mattox, Attorney I.D. No. 0068731
Attorney for Defendant
Franklin Trail Office Building, Suite 250
16670 Franklin Trail
Prior Lake, MN 55372
952/469-2299